**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HAMILTON BROWN,

    Plaintiff,

v.                                        Case No: 6:15-cv-1289-Orl-40DAB

ROBERT LUTTI, DEPARTMENT OF
COURT RECORDS, JEREMY
KOBESKI, PHELAN, HALLINAN
DIAMOND & JONES, PENNYMAC
MORTGAGE INVESTMENT TRUST,
MICHAEL TRAINOR, BLANK ROME
LLP, ALLEGHENY COUNTY COURT
OF COMMON PLEAS and
DISCIPLINARY BOARD OF THE
STATE OF PENNSYLVANIA
SUPREME COURT,

    Defendants.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) filed on August 3, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed[1], the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

---

[1] Plaintiff filed his complaint without providing an address, therefore, the Clerk of the Court was unable to mail a copy of the Report and Recommendation.

1. The Report and Recommendation filed August 25, 2015 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. The Complaint is **DISMISSED**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 16, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties